B"H

# Ari B. Teman

February 13, 2023

Index Number: 23-CV-1296 (LTS)

The Honorable Laura Taylor Swain,
Chief United States District Judge,
500 Pearl St.
New York, NY 10007-1312

**Re:** Fee paid in Civil Action No. 23-CV-1296 (LTS), as directed by Pro Se Office +
Request for ECF permissions  +
Emergency Order Directing T-Mobile to Identify users of the IP Addresses

Your Honor,

As per the instructions at the Pro Se section of the Court's website[1], and with the helpful guidance of the Pro Se office, Plaintiff mailed a Certified Check for $402 made out to, "Clerk, USDC, SDNY," to Cashiers Room 120, 500 Pearl Street, New York, NY 10007,  via USPS with tracking number  92055901755477300091682238. The index number appears on the check. A photograph of the check was also provided to the Pro Se intake email ( Temporary_Pro_Se_Filing@nysd.uscourts.gov ).

**ECF Permission Request**

Plaintiff respectfully requests permission from the Court to file via ECF, with the username "ariteman", and any order that may be required directing the Clerk to provide access to file via ECF. The required Consent Form is attached.

**Emergency Order for T-Mobile to Identify Does**

Plaintiff is in contact with Granicus's General Counsel and with T-Mobile and it is the plaintiff's hope that they will waive service of the summons, to speed the identification of Doe(s).

Nevertheless, it is the plaintiff's hope for an Emergency Order directing T-Mobile to identify the owner(s) of the IP addresses referenced in the Complaint which Granicus identified and which Miami Beach Police traced to a building near City Hall Park, per Attorney Quainton.

---

[1] https://www.nysd.uscourts.gov/sites/default/files/2021-04/2021-04-21-Email-Instructions-pro-se-filings-final.pdf

Notably, T-Mobile has a dedicated email for accepting such orders, and a direct phone number. ( Phone: 973-292-8911; Phone option 2: Legal Compliance (Historical Records); Phone option 3: Court Order Team (Live location pings); Lerinbound@T-Mobile.com), and thus service upon T-Mobile via process server is not necessary to initiate this process (though the Plaintiff will of course serve T-Mobile a summons regardless if Mr. Nelson or his team does not waive service).

If the Court is willing to issue such an order now the Plaintiff would be grateful and will serve that upon both (a) T-Mobile's counsel and (b) their Court Order-handling department via their publicly posted email to accept such Court Orders ( Lerinbound@T-Mobile.com ).  The Plaintiff has drafted a Court Order, attached herein, for the Court's convenience but of course would be grateful for any version such as the Court sees fit to immediately to effect the identification of Doe(s).


Thank you,

Ari Teman,

Plaintiff, Pro Se

1521 Alton Road, #888

Miami Beach, FL 33139

ari@teman.com

~

Filed via EMAIL to Temporary_Pro_Se_Filing@nysd.uscourts.gov

**EMERGENCY ORDER**

**DIRECTING T-MOBILE TO IDENTIFY ALLEGED IMPERSONATORS ("DOES")**

Teman v, Does, et al , 23-CV-1296 (LTS)

Mr. Mark Nelson,
General Counsel,
T-Mobile USA, Inc.
mark.nelson@t-mobile.com

The Court hereby orders T-Mobile USA, Inc. ("T-Mobile") to gather, preserve, and provide within five days of this order, to the Plaintiff, Mr. Ari Teman, via email (ari@teman.com), any and all identifying information regarding the identities of all individuals who on January 4th and 5th, 2023 used the IP addresses: 172.56.34.78 and 172.58.228.71.  Identifying information includes, but is not limited to:

1. Fill Names and Contact Information, including but not limited to: Phone Numbers, Email Addresses, Mailing Addresses, Billing Addresses, Usernames

2. Payer Names & Contact Information, as in #2, if different from the users

3. SIM card details, if the devices were mobile devices

4. Any and all known network information including WiFi or local network names and related information.

5. Location pings and any GPS or other location information of any devices which used those two IP addresses from January 2nd at 12:00 AM until January 7th at 11:59 PM.

6. Any usernames associated with or used by these devices, be they usernames for T-Mobile services or usernames used with third-parties such as but not limited to Google or Apple accounts, which are often used to activate Android and iOS smartphones and other computers.

7. Access logs for any and all URLS accessed by these devices from January 2nd at 12:00 AM until January 7th at 11:59 PM.

8. Detailed device and browser specification information for these individuals, including the make, model, software versions, and any such information which would be helpful in identifying the individuals.

T-Mobile should also use any and all reasonable efforts to identify the individuals who used these IP addresses directly or indirectly to impersonate Mr. Teman to Federal Agencies, as identified by the Miami Beach Police Department.

So ordered,