


**Caroline A. Morgan, Esq.**
CM Litigation Support Center
13101 Preston Rd STE 110-1510
Dallas, Texas 75240-5237
(917) 635-4940
cmorgan@cm.law

April 3, 2023

**VIA ECF and ALCarterNYSDChambers@nysd.uscourts.gov**

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re: *Ari Teman v. T-Mobile USA Inc. et al., 1:23-cv-01296-ALC*

Dear Judge Carter:

We represent Defendant T-Mobile USA Inc. ("T-Mobile" or "Defendant") in the above referenced case. T-Mobile respectfully requests an extension of time to file a response to the complaint, which is presently due April 6, 2023, to April 27, 2023.

Plaintiff commenced this action by filing a complaint on February 13, 2023. *See* Dkt. Entry No. 1. On March 27, 2023, Plaintiff filed an Affidavit of Service stating that T-Mobile was served on March 16, 2023. *See* Dkt. Entry No. 8. Plaintiff consents to this extension of time. T-Mobile's request is made in good faith and not for any improper purpose or undue delay. This is T-Mobile's first request. There are no dates previously scheduled in this matter.





For the foregoing reasons, T-Mobile respectfully requests an extension of time to and including April 27, 2023, to respond to the complaint.

Respectfully Submitted,

/s/ Caroline A. Morgan

Caroline A. Morgan
CULHANE MEADOWS PLLC
CM Litigation Support Center
13101 Preston Rd STE 110-1510
Dallas, Texas 75240-5237
(917) 635-4940
cmorgan@cm.law

cc: ari@teman.com (pro se plaintiff)