UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARI TEMAN,<br><br>                    **Plaintiff,**<br><br>-against-<br><br>DOES 1-10, GRANICUS, INC. and T-MOBILE USA, INC.,<br><br>                    **Defendants.** | 23-cv-1296 (ALC)<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

      As stated at the August 8, 2023 conference, Plaintiff is **GRANTED** leave to file an amended complaint by **September 15, 2023**. Defendants shall file a letter by **September 29, 2023** indicating whether they still intend to move to dismiss. If Defendants intend to move to dismiss the amended complaint, the letter should include a joint (with Plaintiff) proposed briefing schedule for the motion(s). Additionally, for the reasons stated on the record, Plaintiff's application for appointment of *pro bono* counsel (ECF Nos. 26, 27) is **DENIED** without prejudice to renewal.

      So Ordered.

**Dated: August 9, 2023**
      New York, New York

                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**