UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARI TEMAN,<br><br>                    Plaintiff,<br><br>          -against-<br><br>DOES 1-10, GRANICUS, INC. and T-MOBILE USA, INC.,<br><br>                    Defendants. | 23-cv-1296 (ALC)<br><br><u>ORDER</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court shall hold a telephonic pre-motion conference on **October 12** at **3:00 P.M.**  The parties shall contact the Court at **1-888-363-4749** (Access Code: **3768660**).  The parties are asked to dial in at least ten minutes prior to the scheduled conference time.

      So Ordered.

**Dated: October 2, 2023**
      New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**