UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARI TEMAN,<br><br>        Plaintiff,<br><br>  -against-<br><br>DOES 1-10, GRANICUS, INC. and T-MOBILE USA, INC.,<br><br>        Defendants. | 23-cv-1296 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court held a telephonic conference on October 12, 2023 at 3:00 PM; however, *pro se* Plaintiff Ari Teman did not appear.

  **I. Amended Complaint**

  In light of Mr. Teman's failure to appear at the scheduled conference, Mr. Teman is directed to file a letter with the Court by **November 13, 2023** indicating (1) whether he intends to proceed with this action and (2) whether he intends to file an amended complaint as he indicated at the August 8, 2023 conference.

  If Mr. Teman intends to file an amended complaint, it should be filed by **November 30, 2023**. Any amended complaint should address the deficiencies noted in Defendants' pre-motion conference letters, and should also clearly specify the factual allegations at issue. For instance, where Mr. Teman alleges that the John Doe Defendants have "impersonated [him] and illegally accessed his accounts and social media for the past year or more" (Compl. ¶ 2), any amended complaint should specify clearly when these events allegedly occurred, how he was impersonated, on which social media platforms, etc.

1

If Mr. Teman does not intend to file an amended complaint, Defendants are directed to confer with Mr. Teman regarding a revised briefing schedule for their anticipated motions to dismiss and file a letter with the Court by **November 30, 2023**.

## II.     Plaintiff's Motion to Serve Subpoenas

Plaintiff also filed a motion to serve limited targeted subpoenas. (ECF No. 29.) Any motion for leave to file a subpoena should be accompanied by an actual proposed subpoena so the Court can review it for specificity. Accordingly, Plaintiff's motion to serve targeted limited subpoenas at ECF No. 29 is **DENIED** without prejudice.

## III.    October 27, 2023 Status Conference

Because Mr. Teman did not appear at the scheduled conference on October 12, the Court adjourned the conference to October 27, 2023; however, the October 27 conference is adjourned *sine dine* in light of the Court's further orders to Mr. Teman as outlined above.

## IV.     Conclusion

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* **Plaintiff at the address of record AND to**:

**Ari Teman No. 18244-104**
**FCI Miami**
**FEDERAL CORRECTIONAL INSTITUTION**
**P.O. BOX 779800**
**MIAMI, FL  33177**

  So Ordered.

**Dated: October 13, 2023**
     New York, New York

_____
       ANDREW L. CARTER, JR.
       United States District Judge